JODI LINKER
Federal Public Defender
DANIEL P. BLANK
Senior Litigator
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:   (415) 436-7706
Email:   Daniel_Blank@fd.org

Counsel for Defendant RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEYBIN ELOY RODRIGUEZ,<br><br>Defendant. | Case No.: CR 24–0423 SI<br><br>**DEFENDANT'S REPLY TO GOVERNMENT'S SENTENCING MEMORANDUM AND MOTION FOR JOINT CHANGE OF PLEA AND SENTENCING (DKT. 13)**<br><br>**Court:**   Hon. Susan Illston<br>**Date:**    August 16, 2024<br>**Time:**    11:00 a.m. |

Defendant Keybin Eloy Rodriguez is pleased to join the government's sentencing memorandum, and motion for joint change of plea and sentencing, for the reasons stated therein.

Dated:   August 12, 2024

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

          /S
DANIEL P. BLANK
Senior Litigator